# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

FILED
2011 AUG 18 P 4:01
RICHARD W. WIEKING
U.S. DISTRICT COURT
DISTRICT OF CALIFORNIA
SI

UNITED STATES OF AMERICA,

V.

CR 11 0564

MICHAEL FABIANO

DEFENDANT(S).

# INDICTMENT

COUNT ONE: 21 U.S.C. § § 841(a)(1) and (b)(1)(B) - Possession with Intent to Distribute Methamphetamine; COUNT TWO: 18 U.S.C. § 922(g)(1) - Felon in Possession of Firearm; FORFEITURE ALLEGATION: 18 U.S.C. § 924(d) - Forfeiture of Firearms

A true bill.

[signature]
Foreman

Filed in open court this 18 day of

August 2011.

[signature]
Clerk

Bail, $ no bail arrest warrant

[signature]
Nathanael Cousins
United States Magistrate Judge

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

FILED 2011 AUG 18 P 4:01 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

## OFFENSE CHARGED

21 U.S.C. Section 841(a)(1) and 21 U.S.C. 841(b)(1)(B);
18 U.S.C. Section 922(g)(1)

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY: Mandatory minimum prison term of 5 years;
Maximum Prison Term of 40 years;
Maximum Fine of $5,000,000;
Minimum Term of Supervised Release of 4 years;
Mandatory Special Assessment of $100.

DEFENDANT - U.S.

MICHAEL FABIANO

DISTRICT COURT NUMBER CR 11 0564 SI

SI

## PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on this form: MELINDA HAAG

☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): DAMALI A. TAYLOR

## DEFENDANT

### IS *NOT* IN CUSTODY

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

### IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

**DATE OF ARREST** Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT Bail Amount: no bail

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

** Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Defendant Address:

Date/Time: Before Judge:

Comments:

MELINDA HAAG (CABN 132612)
United States Attorney

FILED
2011 AUG 18 P 4:01
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CR 11 0564

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL FABIANO,<br><br>Defendant. | ) | Criminal No.:<br><br>VIOLATIONS: 21 U.S.C. §§ 841(a)(1) & (b)(1)(B) – Possession with Intent to Distribute Methamphetamine; 18 U.S.C. § 922(g)(1) – Felon in Possession of Firearm; 18 U.S.C. § 924(d) – Forfeiture of Firearms<br><br>SAN FRANCISCO VENUE |

# INDICTMENT

The Grand Jury charges:

COUNT ONE: 21 U.S.C. §§ 841(a)(1) & (b)(1)(B)

On or about August 4, 2011, in the Northern District of California, the defendant,

MICHAEL FABIANO,

did knowingly possess with intent to distribute 5 grams or more of methamphetamine, its salts, isomers, and salts of isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

//

//

//

COUNT TWO: 18 U.S.C. § 922(g)(1)

On or about August 4, 2011, in the Northern District of California, the defendant,

MICHAEL FABIANO,

having been previously convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess .223 caliber ammunition, in and affecting interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1).

Forfeiture Allegation:

As a result of the foregoing offense, alleged in Count Two, the defendant shall forfeit to the United States the ammunition and any firearm involved in the commission of the violation of Title 18, United States Code, Section 922(g)(1), all in violation of Title 18, United States Code, Section 922(g)(1), Section 924(d), and Title 28, United States Code, Section 2461(c).

DATED: August 18, 2011

A TRUE BILL.

FOREPERSON

MELINDA HAAG
United States Attorney

KYLE F. WALDINGER
Deputy Chief, Narcotics

(Approved as to form: ____________)
AUSA TAYLOR